NO. 07-01-0110-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

DECEMBER 30, 2002

_____

DAVID MEDINA,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 43137-E; HON. ABE LOPEZ, PRESIDING

_____

Before QUINN and REAVIS, JJ., and BOYD, SJ.[*]

David Medina (appellant) appeals from a final judgment under which he was convicted of delivery of a controlled substance. Through a single issue, he contends that he was denied due process and a fair trial since the "State failed to allow [him] to take a shower or sleep on anything other than concrete prior to the [punishment] hearing" and the trial court "would not allow him to explain his appearance to the jury." This issue is identical to that raised in David Medina v. State, No. 07-01-0107-CR, pending in this court.

_____

[*]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2002).

Consequently, we adopt the reasoning and discussion in our opinion issued this day in cause number 07-01-0107-CR and conclude that it sufficiently disposes of the single issue appellant raises at bar.  In doing so, we also overrule appellant's contention and affirm the judgment entered below.

Brian Quinn
Justice

Do not publish.